

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00590-CR

Michael **ORLOWSKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1394-CR
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 11, 2013.

_____
Patricia O. Alvarez, Justice